IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUBEN MIJEL CHAVIRA,

       Plaintiff,

  v.

R.C. RUTH, Health Care Manager and Director of Nurses, Kern Valley State Prison,

       Defendant.
                                       /

No. C 11-04995 CW (PR)

ORDER OF TRANSFER

    Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is incarcerated at Kern Valley State Prison (KVSP), which is located in Kern County in the Eastern District of California.  <u>See</u> 28 U.S.C. § 84(b).  The acts complained of occurred at KVSP, and the named Defendant resides in the Eastern District.  Venue, therefore, properly lies in that district and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

    The Clerk of the Court shall transfer the case forthwith.

    IT IS SO ORDERED.

Dated: 10/13/2011

                                  CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RUBEN MIJEL CHAVIRA,

        Plaintiff,

v.

R-C-RUTH et al,

        Defendant.

Case Number: CV11-04995 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ruben Mijel Chavira F33253
D-1-A-101
Kern Valley State Prison
P.O. Box 5104
Delano, CA 93216

Dated: October 13, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2