IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MIJEL CHAVIRA, | 1:11-cv-01718-MJS (PC) |
|     Plaintiff, | ORDER TO CONSENT OR DECLINE JURISDICTION OF MAGISTRATE JUDGE |
| vs. | |
| R. C. RUTH, et al., | |
|     Defendants. | |

Plaintiff Ruben Mijel Chavira ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On October 21, 2011, Plaintiff returned the form for consenting or declining jurisdiction by a Magistrate Judge to this Court, but checked both the "Consent" as well as the "Decline" areas of the form. (ECF No. 6.)  Plaintiff was supposed to either consent OR decline the jurisdiction of the Magistrate Judge.  As a result,  the Court cannot determine whether or not Plaintiff has consented to jurisdiction by the Magistrate Judge.

Accordingly, the Court hereby ORDERS that:

1. The Clerk's Office resend an Order Re Consent or Request for Reassignment to Plaintiff;

2. Within thirty (30) days of service of this Order, Plaintiff is to return the Order Re Consent or Request for Reassignment to the Court, and indicate whether or not

1    he consents to the jurisdiction of the Magistrate Judge; and

2    3.    If Plaintiff fails to comply with this Order, this action will be dismissed for failure
           to obey a court order.

IT IS SO ORDERED.

Dated:    November 9, 2011            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE